April 23, 2013



# JUDGMENT

## The Fourteenth Court of Appeals

### DAVID J. FELT, AKA DAVID JOEL FELT, Appellant

NO. 14-12-00327-CV                              V.

### HARRIS COUNTY, ON BEHALF OF ITSELF AND OTHER COUNTY-WIDE TAXING AUTHORITIES, THE HARRIS COUNTY DEPARTMENT OF EDUCATION, THE PORT OF HOUSTON AUTHORITY OF HARRIS COUNTY, THE HARRIS COUNTY FLOOD CONTROL DISTRICT, THE HARRIS COUNTY HOSPITAL DISTRICT, CITY OF HOUSTON, HOUSTON INDEPENDENT SCHOOL DISTRICT, AND HOUSTON COMMUNITY COLLEGE SYSTEM, Appellees

_____

This cause, an appeal from the judgment signed March 7, 2012 in favor of appellee, Harris County, on behalf of itself and other county-wide taxing authorities, the Harris County Department of Education, the Port of Houston Authority of Harris County, the Harris County Flood Control District, the Harris County Hospital District, City of Houston, Houston Independent School District, and Houston Community College System, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We order appellant David J. Felt aka David Joel Felt to pay all costs incurred in this appeal.

We further order this decision certified below for observance.